UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
2006 APR -5 PM 1:41
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA

UNITED STATES OF AMERICA,

v.

Joseph D. Donaldson
Defendant.

CR 3-06-70222 JL

**REMOVAL ORDER- OUT OF CUSTODY**

IT APPEARING that a(n) __indictment__ has been filed in the __Central__ District of __California__ charging the defendant above-named with a violation of Title(s) __18__, United States Code, Sections(s) __286__.

IT IS HEREBY ORDERED that the defendant be released on __OR__ (Bail) to report to the United States District Court for the __Central__ of __California__ on __4-19-06 @ 7:30 am__ or when summoned by that district and to abide by all further orders of that Court. Any security posted as bail shall be transmitted to the clerk in the district where the offense was allegedly committed.

DATED: __4-5-06__

JAMES LARSON
United States Magistrate Judge